■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN WHITE, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about February 21, 2007, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Catterson, McGuire, Acosta and DeGrasse, JJ.